**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1576**

RUDOLPH MCCOLLUM, SR.,

Plaintiff – Appellant,

v.

TRANSPORT WORKERS UNION OF AMERICA, AFL-CIO, Local 527,

Defendant – Appellee,

and

GENCO INFRASTRUCTURE SOLUTIONS, INC.,

Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Chief District Judge. (3:10-cv-00210-JRS)

Submitted: August 25, 2011        Decided: August 29, 2011

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rudolph McCollum, Sr., Appellant Pro Se. Richard S. Edelman, O'DONNELL, SCHWARTZ & ANDERSON, PC, Washington, D.C., James J. Vergara, Jr., VERGARA & ASSOCIATES, Hopewell, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rudolph McCollum, Sr., appeals the district court's order dismissing as untimely his employment discrimination action. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because McCollum's informal brief does not challenge the basis for the district court's disposition, McCollum has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED